**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. |
| | § | |
| Plaintiff, | § | **INDICTMENT** |
| | § | SA10CR0718 OG |
| VS. | § | [Vio: 18 U.S.C. § 922(a)(1)(A), |
| | § | Engaging in the Business of Firearms |
| HARMON CHESTER STRUNK, JR., | § | without a License - Count 1; |
| | § | Notice of United States of America's |
| Defendant. | § | Demand for Forfeiture.] |
| | § | |

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. § 922(a)(1)(A)]

That on or about the 14th day of June, 2010, within the Western District of Texas, the Defendant,

**HARMON CHESTER STRUNK, JR.,**

who not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
### I.
### Firearms Forfeiture Statutes and Violations

[Title 18 U.S.C. § 922(a)(1)(A), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461 and Fed.R.Crim.P. 32.2]

As a result of the foregoing criminal violations set forth in Count One, which are punishable by imprisonment for more than one year, DEFENDANT **HARMON CHESTER STRUNK, JR.** shall forfeit all of his right, title and interest to the United States in the below described properties pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states in pertinent part:

Title 18 U.S.C. § 924

>(d)(1) Any firearm or ammunition intended to be used in any offense referred to in paragraph (3) of this subsection, . . . shall be subject to seizure and forfeiture, . . .
>
>(d)(3)( C) any offense described in section 922(a)(1), where the firearm or ammunition intended to be used in any such offense is involved in a pattern of activities which includes a violation of any offense described in section 922(a)(1), . . . of this title;

This Notice of Demand for Forfeiture includes, but is not limited to, the following firearms and ammunition, to wit:

## II.
## Personal Property

Ithica, Featherlight, 12 gauge shotgun, no serial number;

Makarov, P64, 9mm pistol, serial number SH01755;

Uberti, Hartford, .45 cal pistol, serial number J07110 with 6 rounds of .45 cal ammunition;

100 rounds Winchester 9mm ammunition;

5 rounds Supreme Slug 12 gauge ammunition;

Remington, 700, .270 cal rifle, serial number 6357153;

300 rounds 7.62X39 ammunition in green can;

3 AK-47 magazines loaded with ammunition;

4 black pistol magazines loaded with ammunition;

Savage, 24B, 20 gauge shotgun, serial number C488401;

Ithica, 37, 12 gauge shotgun, no serial number;

Norinco, SKS, 7.62X39 rifle, serial number 49621;

Marlin, 882, .22 cal rifle, serial number 98649357;

Unknown manufacturer, .308 cal rifle, no serial number;

Ruger, Blackhawk, .44 revolver, serial number 8639448;

Chappa, .22 cal revolver, serial number CF0906729;

Smith & Wesson, 686-3, .357 cal revolver, serial number BKY8236;

Taurus, .357 cal revolver, serial number QK586357;

Smith & Wesson, 386PD, 357 revolver, serial number CFE0549;

Browning, Buckmark, .22 cal pistol, serial number 655NV27227;

Colt, Mark IV, .38 cal pistol, serial number CU01171E;

Smith & Wesson, 629-1, .44 revolver, serial number AVP5779;

Smith & Wesson, 686-6, .357 revolver, serial number CE19331;

Browning, BDA380, .380 pistol, serial number RN17386;

Smith & Wesson, 625-10, .45 revolver, serial number SCC0872;

Colt, M1991A1, .45 cal pistol, serial number 2756713;

Rock Is Armory, .45 cal pistol, serial number R1A1011444;

Smith & Wesson, 329PD, .44 revolver, serial number CHR6381;

Smith & Wesson, 60-10, .357 revolver, serial number CEL0763;

Smith & Wesson, 325PD, .45 revolver, serial number CHH9327;

Heritage, Rough Rider, .22 revolver, serial number F62903;

Ruger, Blackhawk, .44 revolver, serial number 8465422;

Smith & Wesson, 629-3, .44 revolver, serial number BFS7940;

Smith & Wesson, 625-10, .45 revolver, serial number SCC0539;

Smith & Wesson, 386PD, .357 revolver, serial number CFU7643;

Smith & Wesson, 325, .45 revolver, serial number CHR1869;

Smith & Wesson, 500, 500 mag revolver, serial number DAM6142; and,

$1,025.00, more or less, in United States Currency.

A TRUE BILL.



███████████ ND JURY

JOHN E. MURPHY
UNITED STATES ATTORNEY

BY: _____
BETTINA J. RICHARDSON
Assistant United States Attorney

4